JOSHUA E. KIRSCH (179110)
jkirsch@gibsonrobb.com
DAVID G. KARDON (259144)
dkardon@gibsonrobb.com
GIBSON ROBB & LINDH, LLP
100 First Street, 27th floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

E-FILED 07/27/09
JS-6

Attorneys for Plaintiffs
VIZIO, INC. and INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIZIO, INC., a corporation; INDEMNITY INSURANCE COMPANY of NORTH AMERICA, a corporation<br><br>Plaintiffs,<br><br>v.<br><br>ROUND-THE-WORLD LOGISTICS (U.S.A.) CORP., a corporation, et al<br><br>Defendants. | Case No. CV08-5803 PSG (MANx)<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)] |

The parties having informed the Court that a full and complete settlement has been reaching in the matter between all parties, IT IS ORDERED that all claims be dismissed prejudice.

Dated: _July 27, 2009___

PHILIP S. GUTIERREZ
_____
Philip S. Gutierrez
United States District Judge

---

STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER
Case No. CV08-5803 PASG(MANx); Our File No. 5474.03